UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___VT___ D.C.
ELECTRONIC

August 21, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

FAIZOOL RAHAMAN

Plaintiff,

v.

NATHAN A. SCHWARTZ, P.A., and
NATIONAL CREDIT ACCEPTANCE, INC.

Defendants.
_____/

09-CV-22471-Hoeveler-Garber

Judge:

Case no:

## ORIGINAL COMPLAINT
### (& Jury Demand)

Comes now, the Plaintiff, Faizool Rahaman (hereinafter the "**Plaintiff**"), on behalf of himself and by and through undersigned counsel, who files this original complaint against the Defendants, Nathan A. Schwartz, P.A., (hereinafter "**Schwartz**") and National Credit Acceptance, Inc. (hereinafter "**NCA**"), and in support thereof would state the following:

### JURISDICTION AND VENUE

1. This is an action for damages brought by an individual consumer against the named defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq., (hereinafter the "**FDCPA**") and the Florida Consumer Collection Practices Act, Florida Statutes §§ 559 et seq., (hereinafter the "**FCCPA**".

1

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d). Supplemental jurisdiction rests upon 28 U.S.C. § 1367.

3. The Defendant **Schwartz** is a business entity that regularly conducts business and collection activity in the State of Florida and, as such, is a citizen of the State of Florida. **Schwartz** is a "debt collector" as defined by the FDCPA and as it uses interstate commerce in a business for which the principal purpose is to collect debts.

4. The Defendant **NCA** is a business entity that regularly conducts business and collection activity in the State of Florida and, as such, is a citizen of the State of Florida. **NCA** is a "debt collector" as defined by the FDCPA and as it uses interstate commerce in a business for which the principal purpose is to collect debts.

## VENUE

5. The venue in the United States District Court for the Southern District of Florida is proper and based upon the following:

   a. The violations of the FDCPA alleged below occurred and/or were committed in Miami-Dade County, in the State of Florida within the Southern District of Florida;

   b. At all times material hereto, the Defendant **Schwartz**, was and continues to be a corporation engaged in business activities in Dade County, Florida and as such is a citizen of the State of Florida.

    c. At all times material hereto, the Defendant **NCA**, was and continues to be a corporation engaged in business activities in Dade County, Florida and as such is a citizen of the State of Florida.

6. The Plaintiff, is an individual residing in Dade County, Florida and is a "consumer" as that term is defined by 15 U.S.C. §§ 1692 et seq.

### FACTS COMMON TO ALL COUNTS

7. Plaintiff is an "individual consumer" as defined by the FDCPA and is alleged to have incurred a financial obligation for primarily personal, family or household purposes, or more specifically an alleged debt with defendant **NCA** who allegedly is an assignee of Chase Bank.

8. On or about April 13, 2009, Defendant **Schwartz**, filed suit against the Plaintiff in Dade County, Florida, Case No. 09-11621.

9. Defendant **Schwartz** represents defendant **NCA** concerning the alleged debt.

10. Defendants requested attorney's fees to be paid by the Plaintiff per an alleged agreement with Chase Bank. No signed agreement was produced with the Plaintiff's or Chase Bank's signature.

11. In the event of a default, Defendants requested that a reasonable attorney fee in this case would be $1,500.

12. The undersigned has represented hundreds of consumers in debt collection actions and has never seen such a high attorney fee requested in a basic debt collection case.

3

13. Upon information and belief, the routine fee sought by collection lawyers in a default is normally between $200 and $500.

14. The defendants' actions in seeking such an exorbitant attorney fee have amounted to abuse, misleading representations, and unfair practices.

## COUNT ONE

## VIOLATION OF THE FDCPA – 15 U.S.C. §1692 et seq.

## BY DEFENDANTS SCHWARTZ and NCA

15. Plaintiff re-alleges and incorporates paragraphs 1 through 14 above as if fully stated herein.

16. Upon information and belief the foregoing acts and omissions of Defendants **Schwartz and NCA,** as further described within this Complaint, constitute violations of certain provisions of the FDCPA, and as such, each and every provision of 15 U.S.C. §§ 1692 et seq., are at issue.

17. Upon information and belief, Defendants **Schwartz and NCA** have specifically violated 15 U.S.C. § 1692d by engaging in conduct which is abusive to the Plaintiff when the defendants demanded attorney's fees of $1,500 in a basic collection case.

18. Upon information and belief, Defendants **Schwartz and NCA** have specifically violated 15 U.S.C. § 1692e(2) by falsely representing the amount and character of the alleged debt when the defendants demanded attorney's fees of $1,500 in a basic collection case.

19. Upon information and belief, Defendants **Schwartz and NCA** have specifically violated 15 U.S.C. § 1692f by using unfair and unconscionable means to collect a debt when the defendants demanded attorney's fees of $1,500 in a basic collection case

20. As a result of this violation of the FDCPA by Defendants **Schwartz and NCA**, the Plaintiff has suffered out of pocket expenses as well as other actual damages and is therefore entitled to an award of damages pursuant to 15 U.S.C. § 1692k(a)(1-3) from Defendants **Schwartz and NCA**.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that a judgment be entered against Defendants **Schwartz and NCA** for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages pursuant to 15 U.S.C. § 1692k(a)(2); the costs associated with litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and such other relief the Court deems just, equitable and proper.

## COUNT TWO

## VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA) BY DEFENDANTS SCHWARTZ AND NCA

21. Plaintiff re-alleges and incorporates paragraphs 1 through 14 above as if fully stated herein.

22. That Defendants **Schwartz and NCA** violated the Florida Consumer Collection Practices Act §§ 559 *et seq.* including, but not limited to, violations of § 559.72(9), by attempting to enforce a debt which they knew was not legitimate when the defendants demanded attorney's fees of $1,500 in a basic collection case.

23. That Defendants **Schwartz and NCA** violated the Florida Consumer Collection Practices Act §§ 559 *et seq.* including, but not limited to, violations of § 559.72(7), by willfully engaging in conduct which can reasonably be expected to abuse or harass the plaintiff when the defendants demanded attorney's fees of $1,500 in a basic collection case.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that a judgment be entered against Defendants **Schwartz and NCA** for an award of:

a. Statutory damages;

b. Attorney's fees, litigation expenses and costs of suit;

c. Such other relief the Court deems just, equitable and proper, including punitive damages and equitable relief.

## JURY TRIAL DEMAND

Plaintiff is entitled to and hereby demands a trial by jury as stated in the U.S. Constitution, Amendment 7 and F.R.C.P. 38.

Dated this 4th day of August, 2009.

Respectfully Submitted by,

**The Fair Credit Law Group, LLC**
**20423 State Road 7**
**Suite F6-477**
**Boca Raton, FL 33498**
**Tel: 954-334-7670**
**Fax: 954-334-7668**

_____
**Filed by:**
**Paul A. Herman, Esq**
**FL Bar #0405175**
**Joel A. Brown, Esq**
**FL Bar #0066575**
**Attorneys for Plaintiff**

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| FAIZOOL RAHAMAN | NATHAN A. SCHWARTZ, P.A.; NATIONAL CREDIT ACCEPTANCE, INC. |
| (b) County of Residence of First Listed Plaintiff  MIAMI-DADE (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant  MIAMI-DADE (IN U.S. PLAINTIFF CASES ONLY) |
| (c) Attorney's (Firm Name, Address, and Telephone Number) FAIR CREDIT LAW GROUP, LLC 3330 NW 53RD STREET SUITE 306 FORT LAUDERDALE, FLORIDA 33309 | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED. Attorneys (If Known) |

(d) Check County Where Action Arose: ✓ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

1:09CV22471- Hoeveler-Garber

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ■ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee |  |  |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO    b) Related Cases ☐ YES ✓ NO
JUDGE _____   DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

VIOLATIONS OF THE FDCPA (FAIR DEBT COLLECTIONS PRACTICES ACT) 15 U.S.C. 1692 ET. SEQ. AND THE FCCPA (FLORIDA CONSUMER COLLECTION PROTECTION ACT) F.S. 559 ET SEQ.

LENGTH OF TRIAL via  3-4  days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ✓ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE   August 6, 2009

FOR OFFICE USE ONLY
AMOUNT _____   RECEIPT # _____   IFP